**FILED**
CLERK, U.S. DISTRICT COURT

DEC17, 2018

**CENTRAL DISTRICT OF CALIFORNIA**
BY:_____BH_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TONYA COMBS, et al., | Case No.  2:17-cv-04633-VAP-AFMx |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO STAY CASE |
| TOYOTA MOTOR CORPORATION, et al., | |
| Defendants. | |

[PROPOSED] ORDER

238146312

# ORDER

The Court, having read and considered the Parties' Stipulation to Stay Case, and good cause appearing, HEREBY ORDERS that:

1. This matter is stayed pending final approval of the settlement in *Simerlein, et al. v. Toyota Motor Corporation*, *et al.*, 17-cv-01091, a related action, filed in the District of Connecticut on June 30, 2017 ("*Simerlein* Action");

2. The parties provide the Court with an update on the Motion for Order Preliminarily Approving Class Settlement, Directing Notice to the Class, and Scheduling Fairness Hearing ("Motion for Preliminary Approval") filed in the *Simerlein* Action by January 14, 2019;

3. ~~Taking~~ the Hearing on Toyota's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, which is currently scheduled for December 17, 2018, is taken off calendar.

**IT IS SO ORDERED.**

Date: December 17, 2018          By: _____
                                 Hon. Virginia A. Phillips
                                 Chief U.S. District Judge

238146312

2

[PROPOSED] ORDER